IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| REGINALD SUTTON, <br>     PLAINTIFF, <br><br> V. <br><br> KAUFMAN LYNN CONSTRUCTION, INC., <br>     DEFENDANT. | § § § § § § § § § § § | CAUSE NO. 1:21-CV-946-LY |

**FILED**
FEB 22 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

## FINAL JUDGMENT

On this date, the court rendered an order dismissing Plaintiff's claims against Defendant with prejudice. Accordingly, the court renders this final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that this action is hereby **CLOSED**.

SIGNED this __22nd__ day of February, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE